*v. Gomez–Herrera,* 523 F.3d 554, 563 (5th Cir.2008).

The substantive reasonableness of Dozal–Vargas's sentence is reviewed for plain error because he did not object on that ground in the district court. *See United States v. Whitelaw,* 580 F.3d 256, 259–60 (5th Cir.2009); *United States v. Peltier,* 505 F.3d 389, 391–92 (5th Cir.2007). His arguments are insufficient to overcome the presumption of reasonableness afforded his within guidelines sentence. *See, e.g., Gomez–Herrera,* 523 F.3d at 565–66; *United States v. Rodriguez,* 523 F.3d 519, 526 (5th Cir.2008). He has failed to establish that his sentence was the result of error, much less plain error. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007); *Duarte,* 569 F.3d at 529–31 & n. 11.

AFFIRMED.

Before SMITH, PRADO, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Horacio Baca–Rodriguez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Baca–Rodriguez has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

UNITED STATES of America,
Plaintiff–Appellee

v.

Horacio BACA–RODRIGUEZ,
Defendant–Appellant.

No. 09–10858
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 20, 2010.

Amanda R. Burch, U.S. Attorney's Office, Lubbock, TX, for Plaintiff–Appellee.

Jesse Mendez, Lubbock, TX, for Defendant–Appellant.

---

UNITED STATES of America,
Plaintiff–Appellee

v.

Julio CANTERO–MENDIOLA, also known as Julian Cantero, also known as Antonio Montello, Defendant–Appellant.

No. 09–10883
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 20, 2010.

Amanda R. Burch, Assistant U.S. Attorney, U.S. Attorney's Office, Northern Dis-

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.